UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Docket No. 1:22-CR-10035-NGM |
| ) | |
| ) | |
| ROBERT DAIGLE ) | |

# NOTICE OF APPEAL

Defendant Robert Daigle hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final Judgment entered on September 18, 2024.  ECF 124.

ROBERT DAIGLE
By his Attorney,

*/s/ Cara McNamara*
Cara McNamara
BBO 712096
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2024.

*/s/ Cara McNamara*
Cara McNamara